AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Jones, Steve C. | United States District Court, Northern District of Georgia | 06/07/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge--Active Status | ☐ Nomination  Date  <br> ☐ Initial  ☑ Annual  ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

1967 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3309

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | University of Georgia Atheletic Board |
| 2. | Board MemberUniversity | University of Georgia Board of Visitors |
| 3. | Advisory Board Member | National Football Foundation, UGA Hall of Fame Chapter |
| 4. | Managing Trustee | University of Georgia Foundation |
| 5. | Director | Athens Area Community Foundation |
| 6. | Member( Ex Officio) Board of Trustees | Athens Academy |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1995 | Steve C. Jones & Georgia Judicial Retirement System, pension upon age of 60 and minimum of 10 years of Service. |
| 2. | 1978 | Steve C. Jones & Unified Government of Athens-Clarke County, Georgia, pension upon retirement at age 62, with eligibility for receipt of early benefits age 56. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 06/07/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Unified Government of Athens-Clarke County, GA., fixed benefits from vested pension plan. | $11,496.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Self-employed Seamstress |
| 2. 2016 | Clarke County School District ( retirement compensation) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Georgia | 12/29/2016 to 12/30/2016 | Memphis, Tenn. | Liberty Bowl Game | Transportation, Meals, & Hotel |
| 2. | Administrative Office of the Courts | 05/03/2016 to 05/07/2016 | Point Clear, Alabama | 2016 11th Circuit Judicial Conference | Transportation, Meals, & Hotel |
| 3. | Administrative Office of the Courts | 07/24/2016 to 07/27/2016 | San Diego, California | National Workshop for U.S. District Court Judges | Transportation, Meals, & Hotel |
| 4. | Institute of Continiing Legal Education of Georgia | 09/15/2016 to 09/18/2016 | Amelia Island, Florida | Participated on Patent Law Panel | Transportation, Meals, & Hotel |
| 5. | Albany State College | 09/29/2016 to 09/30/2016 | Albany, Georgia | Participated in Investiture | Hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 06/07/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | University of Georgia | 2016 Football Home Season Tickets | $630.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | Mortgage on rental property #1 (Athens, GA., Part VII, line 1) | L |
| 2. | Wells Fargo | Mortagage on rental property#2 ( Athens, GA., Part VII, line 2) | K |
| 3. | Athens First Bank & Trust | Line of Credit (unsecured) | K |
| 4. | Athens First Bank & Trust | Credit Card | J |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 06/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1 Athens, GA. | D | Rent | M | W | | | | | |
| 2. Rental Property #2 Athens, GA. | D | Rent | L | W | | | | | |
| 3. Rental Property #4 Compton, CA. | C | Rent | M | W | | | | | |
| 4. Rental Property #5 Athens, GA. | D | Rent | L | W | | | | | |
| 5. Rental Property #3 Compton, CA. | | | | | Sold | 04/18/16 | N | D | J.Thomas/Lillian Kincey |
| 6. Rental Property # 6 Athens, GA. | D | Rent | L | W | Buy | 04/27/16 | L | | L. Kincey/ Mark Benson |
| 7. Rental Property #7 Athens, GA. | C | Rent | M | W | Buy | 04/27/16 | M | | L. Kincey/ J. Thomas |
| 8. Rental Property #8 Athens, GA. | C | Rent | M | W | Buy | 04/20/16 | M | | L. Kincey/ Pamela Fritz |
| 9. Athens First IRA ( CD Holding) | A | Interest | J | T | | | | | |
| 10. Sun Trust Bank ( X ) | A | Interest | J | T | | | | | |
| 11. IRA # 1 | | | | | | | | | |
| 12. Valic Stock Index Fund | | None | | | Sold | 10/31/16 | L | | |
| 13. VanGuard Windsor II | | None | | | Sold | 10/31/16 | L | | |
| 14. Valic Small Cap Value | | None | | | Sold | 10/31/16 | K | | |
| 15. Valic Midcap Value | | None | | | Sold | 10/31/16 | K | | |
| 16. Valic Int.'l Equities Fund | | None | | | Sold | 10/31/16 | J | | |
| 17. Vanguard LT Inv. Grade Fund | | None | | | Sold | 10/31/16 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 06/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Valic Science & Technology Fund | | None | | | Sold | 10/31/16 | K | | |
| 19. Valic Fixed Account Plus | A | Interest | K | T | | | | | |
| 20. Short Term Fund Account | A | Interest | N | T | Buy | 10/31/16 | N | | |
| 21. Clarke Co. Bd. of Ed. 457 Plan-100% Fixed Account Plus | A | Interest | M | T | | | | | |
| 22. VOYA Financial | B | Interest | L | T | | | | | |
| 23. Invesco American Franchise Fund, Class C | A | Dividend | J | T | | | | | |
| 24. IRA# 2 | | | | | | | | | |
| 25. Fidelity Cash Reserves | | | | | Sold | 05/18/16 | J | A | |
| 26. BlackRock Strategic, INC. | A | Dividend | K | T | | | | | |
| 27. Fidelity Advisor Strategic, INC. | A | Dividend | K | T | | | | | |
| 28. PIMCO Income Fund CLC | B | Dividend | K | T | | | | | |
| 29. Ivy High Income CLCJ | B | Dividend | K | T | | | | | |
| 30. JP Morgan Income Builder Fund Class C | A | Dividend | K | T | | | | | |
| 31. American Capital Income Builder CLC | A | Dividend | K | T | | | | | |
| 32. Franklin Rising Dividends CLC | A | Div/Cap | J | T | | | | | |
| 33. Fidelity Advisor New Insights CLC | A | Div/Cap | K | T | | | | | |
| 34. Invesco Convertible Securities | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 06/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Commercial Bank-CD | A | Interest | J | T | | | | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jones, Steve C.** | 06/07/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part. I , Item 2, No longer a member of the Board of Visitors.

Part VII, Item 5, Lillian Kincey sold to Jackqueline Thomas.

Part. VII, Item 7, Lillian Kincey purchase from Jackqueline Thomas who is different person from Jackqueline Thomas in Item 5, Part VII.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Steve C. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544